## MANHATTAN TEXAS PETROLEUM CO. et al. v. HARRIS. (No. 875.)

(Court of Civil Appeals of Texas. Beaumont. Nov. 24, 1922.)

Appeal from Nacogdoches County Court; J. M. Marshall, Judge.

Garnishment proceedings between the Manhattan Texas Petroleum Company and another and June C. Harris. Judgment for the latter, and the former appeal. Affirmed.

Samuels & Brown, of Fort Worth, and S. M. Adams, of Nacogdoches, for appellants.
Harris & Harris, of Nacogdoches, for appellee.

O'QUINN, J. This is an appeal from a judgment in garnishment proceedings.

The case is before us for review upon the record only. No brief for either party has been filed in this court. The judgment rendered by the trial court disposes of all the parties, and otherwise conforms to the issues made by the pleadings. No fundamental error appearing, the judgment is therefore affirmed.